

# NUMBER 13-22-00220-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF K.C.W., A CHILD

**On appeal from the County Court at Law No. 5
of Nueces County, Texas.**

## ORDER TO FILE REPORTER'S RECORD

**Before Justices Benavides, Hinojosa, and Silva
Order Per Curiam**

On May 10, 2022, appellant filed a notice of appeal from the trial court's judgment terminating the parent-child relationship. The following day, the Clerk of the Court sent a notice to the parties, court reporter, and district clerk's office that the notice had been filed and that the case is governed by the rules of accelerated appeals. *See* Tex. R. App. P. 28.4. Accordingly, the reporter's record was due by May 20, 2022, ten days after the notice of appeal was filed. *See id.* R. 35.1(b), 26.1(b). On May 27, 2022, the court reporter

requested, and this Court granted, an extension of time to file the record to June 6, 2022. *See id.* R. 28.4(b)(2), 35.3(c).

To date, the court reporter has failed to file the record, request an additional extension, or provide this Court with an explanation of the delay. This Court has attempted to contact the court reporter on June 7 and June 9, but she has failed to respond to our inquiries. This Court is tasked with "ensuring the appellate record is timely filed" and "may enter any order necessary to ensure the timely filing of the appellate record." *See id.* R. 35.3(c). As such, court reporter, Victoria Ortiz, is ORDERED to file the record with this Court no later than June 15, 2022. *See id.* Further delay is highly disfavored, and this Court may enter further orders to ensure the record is timely filed.

PER CURIAM

Delivered and filed on the
10th day of June, 2022.